✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/  Gregory T. Murphy

Date

Signature

Print Name                                                Bar Number

Address

City                       State                Zip Code

Phone Number                                              Fax Number

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Gabriel Murillo-Montes

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 08MJ1899 |
12 | Plaintiff, | ) | |
13 | v. | ) | **CERTIFICATE OF SERVICE** |
14 | GABRIEL MURILLO-MONTES, | ) | |
15 | Defendant. | ) | |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                     U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov

21                     Respectfully submitted,

23 DATED:    June 24, 2008          /s/ Gregory T. Murphy
                                    **GREGORY T. MURPHY**
24                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Gabriel Murillo-Montes