FILED

JUL 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                     SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )  Criminal Case No. 08CR 2337-LAB
                                    )
9                 Plaintiff,        )  I N F O R M A T I O N
                                    )
10      v.                          )  Title 8, U.S.C., Sec. 1326(a)
                                    )  and (b) - Deported Alien Found
11 GABRIEL MURILLO-MONTES,          )  in the United States (Felony)
                                    )
12                Defendant.        )
   _____)
13

14      The United States Attorney charges:

15      On or about April 13, 2008, within the Southern District of

16 California, defendant GABRIEL MURILLO-MONTES, an alien, who previously

17 had been excluded, deported and removed from the United States to

18 Mexico, was found in the United States, without the Attorney General

19 of the United States or his designated successor, the Secretary of the

20 Department of Homeland Security (Title 6, United States Code, Sections

21 202(3) and (4), and 557), having expressly consented to the

22 defendant's reapplication for admission to the United States; in

23 violation of Title 8, United States Code, Section 1326(a) and (b).

24      DATED:  7/17/08      .

25                                    KAREN P. HEWITT
                                      United States Attorney
26

27

28                              for  CHARLOTTE E. KAISER
                                     Assistant U.S. Attorney

CEK:mg:San Diego
7/13/08